SHAW *v.* McGREGOR.

After the adjournment of the term, a Court loses all control over its judgments, unless its jurisdiction is saved by some motion or proceeding at the time.
The only exception is when service of summons has not been had, in which case a party may, within six months, move to set aside the judgment.

APPEAL from the Superior Court of the City of San Francisco.

In this case, the plaintiff obtained judgment by default, in the Court below, October 15, 1856. On the eleventh of November following, being at a subsequent term of the Court, the judgment was set aside, on motion of defendant.

Plaintiff appealed.

*B. S. Brooks* for Appellant.

*Crockett & Page* for Respondent.

TERRY, C. J., delivered the opinion of the Court—BURNETT, J., concurring.

Appeal from an order setting aside judgment. We have heretofore decided that, "after the adjournment of the term, the Court loses all control over its judgments, unless its jurisdiction is saved by some motion or proceeding at the time, except when the summons has not been served, in which case a party may, within six months, move to set aside the judgment."

In other cases, a Court has no power to vacate a judgment, on a motion made after the adjournment of the term at which the judgment was rendered. Carpentier *v.* Hart, 5 Cal., 406 ; Suydam *v.* Pilcher, 4 Cal., 280 ; Robb *v.* Robb, Jan. Term, 1857.

The order of the Court below is reversed, with costs.